FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRANCIS ANTHONY TREVINO,<br><br>    Petitioner,<br><br>    v.<br><br>SPOKANE COUNTY WASHINGTON,<br><br>    Respondent. | 2:25-cv-00384-SAB<br><br>**ORDER DISMISSING ACTION** |

By Order filed October 29, 2025, the Court instructed Petitioner Francis Anthony Trevino, an individual currently incarcerated at the Airway Heights Corrections Center, to comply with the *in forma pauperis* requirements of Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rule 3(a)(2)"). ECF No. 4. Specifically, the Court instructed Petitioner to submit a completed Application to Proceed Without Prepayment of Fees and Affidavit with the "Certificate" portion properly filled out by an authorized officer at the incarcerating facility. *Id.* at 2. Plaintiff did not comply with these instructions and has filed nothing further in this action.

Although granted the opportunity to do so, Plaintiff did not provide the documentation necessary to proceed *in forma pauperis* and he did not pay the filing fee. Therefore, the Court dismisses this action for non-payment of the filing fee.

ORDER DISMISSING ACTION -- 1

Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee.

2. The Clerk of Court shall **CLOSE** the file.

3. The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order, enter judgment, and provide copies to Petitioner.

**DATED** this 1st day of December 2025.



Stan Bastian
Chief United States District Judge

ORDER DISMISSING ACTION -- 2